**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**BUILDING TRADES UNITED PENSION**
**TRUST FUND and NACARCI FEASTER,**

**PLUMBERS UNION LOCAL 75 HEALTH FUND,**
**PLUMBERS LOCAL 75 EDUCATION FUND,**
**and JOHN BRENNAN,**

**PLUMBERS UNION LOCAL 75 ORGANIZATION**
**AND MARKET RECOVERY FUND and**
**PLUMBERS LOCAL UNION 75,**

       **Plaintiffs,**

  **v.**

                                                   **Case No. 08-C-96**

**HELTERBRAN PLUMBING, INC. f/k/a**
**DILLETT-HELTERBRAN PLUMBING, INC.,**

       **Defendant.**

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Helterbran Plumbing, Inc. f/k/a Dillett-Helterbran Plumbing, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Helterbran Plumbing, Inc. f/k/a Dillett-Helterbran Plumbing, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, interest and liquidated damages through December 31, 2007 and, attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $14,900.20.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Nacarci Feaster, Plumbers Union Local 75 Health Fund, Plumbers Local 75 Education Fund, John Brennan, Plumbers Union Local 75 Organization and Market Recovery Fund and Plumbers Local Union 75, and against Defendant Helterbran Plumbing, Inc. f/k/a Dillett-Helterbran Plumbing, Inc. in the amount of $14,900.20.

Dated this 5th day of May, 2008.

                **BY THE COURT**

                **s/ Rudolph T. Randa**
                **HON. RUDOLPH T. RANDA**
                **Chief Judge**