**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER,**

**PLUMBERS UNION LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 EDUCATION FUND,
and JOHN BRENNAN,**

**PLUMBERS UNION LOCAL 75 ORGANIZATION
AND MARKET RECOVERY FUND and
PLUMBERS LOCAL UNION 75,**

      **Plaintiffs,**

  **v.**
                                                   **Case No. 08-C-96**

**HELTERBRAN PLUMBING, INC. f/k/a
DILLETT-HELTERBRAN PLUMBING, INC.,**

      **Defendant.**

---

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT**

---

    This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

    **IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Building Trades United Pension Trust Fund, Nacarci Feaster, Plumbers Union Local 75 Health Fund, Plumbers Local 75 Education Fund, John Brennan, Plumbers Union Local 75 Organization and Market Recovery Fund and Plumbers Local Union 75, recover from the Defendant Helterbran Plumbing, Inc. f/k/a Dillett-Helterbran Plumbing, Inc. the sum of $14,900.20, for contributions, interest, and liquidated damages through December 31, 2007, and attorney fees and costs.

Dated at Milwaukee, Wisconsin, this 5th day of May, 2008.

        JON W. SANFILIPPO
        Clerk of Court

        s/ Linda M. Zik
        Deputy Clerk

Approved as to form this 5th day of May, 2008.

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge